# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| WILL MCLEMORE, et al., | ) | |
| Plaintiffs, | ) | Case No. 3:19-cv-00530 |
| v. | ) | JUDGE RICHARDSON |
| ROXANA GUMUCIO, et al., | ) | MAGISTRATE JUDGE BROWN |
| Defendants. | ) | |

## MOTION TO DISMISS AMENDED COMPLAINT

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendants respectfully move this Court for an order dismissing with prejudice all counts of the Amended Complaint (Doc. No. 50) in the above-referenced action. The reasons supporting this motion are set forth in the attached memorandum of law.

Respectfully Submitted,

HERBERT H. SLATERY III
Attorney General and Reporter

    s/R. Mitchell Porcello
R. MITCHELL PORCELLO (#25055)
Senior Assistant Attorney General
Attorney General's Office – Tax Division
P.O. Box 20207
Nashville, TN 37202-0207
(615) 532-2547 *telephone*
(615) 532-2571 *fax*
Mitch.Porcello@ag.tn.gov
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion has been served on the following via the court's electronic filing system on December 4, 2019:

Braden H. Boucek (braden@beacontn.org)
David L. Harbin (da.harbin@comcast.net)
Meggan S. DeWitt (Meggan@beaconTN.org)
Beacon Center of Tennessee
201 4th Ave. N.
Suite 1820
P O Box 198646
Nashville, TN 37219
(615) 383-6431
Fax: (615) 383-6432
*Counsel for Plaintiffs*

   s/R. Mitchell Porcello