# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Will McLemore, et al.

                        Plaintiff,

v.                                                     Case No.: 3:19−cv−00530

Roxana Gumucio, et al.

                        Defendant,

## ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 5/5/2022 re [122].

                                                                                         Lynda M. Hill
                                                            s/ Kim Chastain, Deputy Clerk