UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

Will McLemore, et al.,

Plaintiffs,

v.

Roxana Gumucio, et al.,

Defendants,

Case No. 3:19-cv-00530

## NOTICE OF APPEAL

Notice is hereby given that: Defendants

*(Name the party or parties filing the appeal)*

hereby appeals to the United States Court of Appeals for the Sixth Circuit from the

☐ Judgment  ☒ Order  ☐ Other (specify) _____

entered in this action on May 3, 2022.

(Signature)

315 Deaderick Street
(Address)

Nashville   TN   37243
(City)   (State)   (Zip Code)

(615) 532-2547
(Phone)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was sent to David Harbin, Meggan DeWitt, Braden Boucek on May 20, 2022.

(Signature)