IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WILL MCLEMORE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | NO. 3:19-cv-00530 |
| v. ) | JUDGE RICHARDSON |
| ) | |
| ROXANA GUMUCIO, et al., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

Pursuant to the Sixth Circuit's opinion (Doc. No. 128), this case is **DISMISSED** for lack of jurisdiction.

The Clerk of the Court is **DIRECTED** to enter final judgment under Federal Rule of Civil Procedure 58 and close the file.

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE