# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

Will McLemore, et al.

                Plaintiff,

v.                                           Case No.: 3:19–cv–00530

Jeff Morris, et al.

                Defendant,

## ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 4/3/2024 re [133].

                                                              Lynda M. Hill
                                                 s/ Kim Chastain, Deputy Clerk